UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re application of ILDAR UZBEKOV, <br><br> Applicant. | Case No. 19-mc-80162-JCS <br><br> **ORDER GRANTING APPLICATION PURSUANT TO 28 U.S.C. § 1782** <br><br> Re: Dkt. No. 1 |

For the reasons stated therein, Ildar Uzbekov's application under 28 U.S.C. § 1782 for production of documents by Cloudflare, Inc. for use in an English civil proceeding is GRANTED, without prejudice to any argument that Cloudflare might raise in a motion to quash Uzbekov's subpoena. Cloudflare shall comply with the subpoena or file a motion to quash no later than July 19, 2019.

**IT IS SO ORDERED.**

Dated: June 27, 2019

JOSEPH C. SPERO
Chief Magistrate Judge