UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re application of ILDAR UZBEKOV, Applicant. | Case No. 19-mc-80162-JCS<br><br>**ORDER TO FILE STATUS REPORT** |

On June 14, 2019, Ildar Uzbekov filed an application to issue a subpoena to Cloudflare, Inc. to obtain documents for use in a foreign proceeding pursuant to 28 U.S.C. § 1782. The Court granted that application on June 27, 2019, without prejudice to Cloudflare moving to quash no later than July 19, 2019. That deadline has passed, and no such motion has been filed.

Uzbekov shall file a status report no later than August 14, 2019, indicating whether any issues remain outstanding and whether there is any reason this matter should not be closed. Any other interested party may file a response to this order by the same deadline.

**IT IS SO ORDERED.**

Dated: August 7, 2019

_____
JOSEPH C. SPERO
Chief Magistrate Judge